# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

Destiny Countryman,

Plaintiff,

v.

LVNV Funding LLC,

Defendant.

Case: 2:25‑cv‑12855
Assigned To : Grey, Jonathan J.C.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 9/9/2025
COUNTRYMAN V. LVNV FUNDING LLC (CMP)(CMC)

Case No: _____

Hon. _____

# COMPLAINT FOR VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA)

## I. JURISDICTION AND VENUE

1. This action arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.
2. This Court has subject matter jurisdiction under 28 U.S.C. §1331 (federal question jurisdiction).
3. Venue is proper in this district under 28 U.S.C. §1391 because the events giving rise to this claim occurred in this district and Defendant regularly conducts business here.

## II. PARTIES

4. Plaintiff, Destiny Countryman, is a natural person residing in Detroit, Michigan, and is a "consumer" as defined by 15 U.S.C. §1692a(3).
5. Defendant, LVNV Funding LLC, is a debt collection company engaged in the business of collecting consumer debts in Michigan and throughout the United States. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

## III. FACTUAL ALLEGATIONS

6. Defendant claims Plaintiff owes an alleged debt originally owed to Credit One Bank, N.A. ("the alleged debt").
7. On July 20, 2025, Plaintiff sent Defendant a written request for validation of the alleged debt pursuant to 15 U.S.C. §1692g(b) (Exhibit A).
8. On August 5, 2025, Defendant responded with only a generic billing statement, which did not include account-level documentation, proof of assignment from the original creditor, or a breakdown of the amount owed (Exhibit B).
9. On August 4, 2025, Plaintiff sent Defendant a second written request for validation, specifically requesting account-level documentation and proof of assignment (Exhibit C).
10. On August 15, 2025, Defendant again responded with only a billing statement and letters claiming ownership, without providing proper validation (Exhibit D).
11. Despite Plaintiff's disputes and requests for validation, Defendant has continued reporting the alleged debt to credit reporting agencies and attempting to collect (Exhibit E).
12. Defendant's continued collection activity without proper validation is a violation of federal law and has caused Plaintiff harm, including damage to creditworthiness, emotional distress, reputational harm, and denial of credit opportunities.

## IV. CLAIMS FOR RELIEF

COUNT I – Violation of the FDCPA (15 U.S.C. §1692g(b))

13. Plaintiff re-alleges and incorporates all preceding paragraphs.

14. Defendant failed to cease collection activity until proper validation was provided, as required by 15 U.S.C. §1692g(b).

COUNT II – Violation of the FDCPA (15 U.S.C. §1692e)

15. Plaintiff re-alleges and incorporates all preceding paragraphs.

16. Defendant's conduct, including furnishing only billing statements as validation, constitutes a false, deceptive, and misleading representation in connection with the collection of a debt.


COUNT III – Violation of the FDCPA (15 U.S.C. §1692f)

17. Plaintiff re-alleges and incorporates all preceding paragraphs.

18. Defendant engaged in unfair and unconscionable means to collect a debt by continuing to report and attempt collection on a disputed and unvalidated debt.


## V. DAMAGES

19. As a result of Defendant's violations, Plaintiff is entitled to:


a. Statutory damages of $3,000, representing $1,000 per violation pursuant to 15 U.S.C. §1692k(a)(2)(A).

b. Actual damages of $5,000 for emotional distress, reputational harm, denial of credit, and time and expenses incurred in responding to Defendant's unlawful conduct.

c. Costs and fees as allowed by 15 U.S.C. §1692k(a)(3).


## VI. PRAYER FOR RELIEF


WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendant for:


a. Statutory damages of $3,000 ($1,000 per violation);

b. Actual damages of $5,000;

c. Costs of this action; and

d. Any further relief the Court deems just and proper.


Respectfully submitted,


Date: _____


/s/ Destiny Countryman

Destiny Countryman

Plaintiff, Pro Se

4465 Bishop St

Detroit, Michigan 48224

510-424-4255

destinycountryman@gmail.com

 An official website of the United States Government

**cf**  Consumer Financial Protection Bureau (https://www.consumerfinance.gov/)

Start a new complaint

❮ All complaints (.)

# 250707-22114577

**CLOSED**

✅ ## Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 7/7/2025 | Debt collection | Attempts to collect debt not owed |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

Formal Debt Dispute & Demand for Full Validation –LVNV FUNDING To Whom It May Concern: This letter is to inform you that I formally dispute the validity of the alleged debt you claim I owe, purportedly related to CREDIT ONE BANK. I am demanding full and complete validation under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692g(b) and putting you on notice that partial records, billing statements, or computer-generated documents do not meet the legal standard of validation. Let me be very clear: A billing statement is not validation. A printout from your system is not validation. A summary of an account you purchased is not validation. What you must provide, if this debt is legitimate: A copy of the original signed contract or agreement bearing my signature, showing I agreed to the terms of the alleged debt and authorized any interest, fees, or charges. A full chain of title from the original creditor to LVNV FUNDING showing legal ownership, including all assignment/sale agreements not just blanket purchase affidavits. A complete payment and account history from day one, including all charge-offs, interest, and fees not a summary. Your license information to

collect debt in my state as required under applicable state law. Proof that
proper notice of this debt was ever provided to me, including details on
when, how, and where notice was sent. Proof of copies of ALL notices
sent to me every letter, billing statement, or communication since
acquiring the account. Verification of Reporting including the date you
reported it, the furnishers verification method, and evidence that you
complied with the FCRA SECTION 623. Until and unless you provide
the above, you are not authorized to collect this debt and reporting it to
any credit bureau is a violation of federal law under 15 U.S.C. § 1681s-
2(b) and 15 U.S.C. § 1692e. Should you fail to fully validate within 30
days or continue to report this unverifiable debt, I will file complaints
with my State Attorney General and pursue action against LVNV
FUNDING, in federal court for violations of the FDCPA and FCRA,
seeking all available damages under 15 U.S.C. §§ 1681n, 1681o, and
1692k. I know my rights. I am not the average consumer who will be
intimidated by generic mail or bogus claims. As I stated above, I do not
want a billing statement I want account level documentation ONLY. Your
company is harming my financial reputation and causing extreme stress in
my daily livelihood because I am being denied credit. I have tried to
rectify this issue more than once and this is my absolute last chance
before I file a claim in federal court. So if you don't want to send what I
asked for because you feel you are a debt collector above the law and
don't have to abide by the FDCPA I will take this to court and request a
jury trial, then I will pick apart your bogus debt in discovery and request
the information there where you will be forced to provide what I asked
for. I am sick of your company and the gimmicks you pull it running my
life and causing depression which I have went to my doctor and got
medication for and explained to my doctors the stress your company has
caused me. I also know your company likes to buy junk debt so make
sure that the bill of sale you send me has the full account number and my
name clearly stated You are now on notice. GOVERN YOURSELVES
ACCORDINGLY.

View full complaint ⊕

## ✔ Sent to company

**STATUS**

Sent to
company on
7/7/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response
is in progress and provide a final response in 60 days.

 **Company responded**

| STATUS | RESPONSE TYPE |
|---|---|
| Company responded on 7/20/2025 | Closed with explanation |

## Company's Response

Please see attached

**ATTACHMENTS**

COM - Resurgent Inquiry Response_CFPB_120836.pdf (2.1 MB)

 **Feedback provided**

**STATUS**

Feedback provided on 8/4/2025

## Your feedback

**THE COMPANY'S RESPONSE ADDRESSED ALL OF MY ISSUES**

No

**I UNDERSTAND THE COMPANY'S RESPONSE TO MY COMPLAINT**

No

**THE COMPANY DID WHAT THEY SAID THEY WOULD DO WITH MY COMPLAINT**

No

**ADDITIONAL COMMENTS**

I asked this company for specific validation which Im allowed to under the FDCPA as a federally protected consumer and which they have failed to provide. I asked that account level documentation be provided not just a billing statement and they have ignored my request.

## What happens now?

The complaint process is complete and your complaint is now closed.

We have taken the following additional actions on your complaint:

- We added your complaint to the CFPB's Consumer Complaint Database (http://www.consumerfinance.gov/data-research/consumer-complaints).
- Your feedback, and feedback from others, helps us understand how companies are addressing concerns raised by consumers in their complaints. We will also share your feedback with the company.
- We have also shared your complaint with the Federal Trade Commission, which will add your complaint to its database for state and federal law enforcement agencies.

We appreciate your participation in the complaint process and your feedback on the company's response. Both are important to us and consumers who may have similar issues and concerns.

## ⊗ Closed

The CFPB has closed your complaint.

---

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

*Exhibit B*



| | | |
|---|---|---|
| *Compliance Hours of Operation* | *Compliance Address* | *Contact Us* |
| Monday-Thursday 8:00AM-5:00PM | 55 Beattie Place, Suite 110 MS 250 | Toll Free Phone 1-888-665-0374 |
| Friday 8:00 AM-12:00PM | Greenville, SC 29601 | www.resurgent.com/contact |

July 18, 2025

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, D.C. 20552

RE:   Destiny Jenairo Countryman; CFPB Case #:   250707-22114577
      Account Number:     4447962563268329
      Original Creditor:     Credit One Bank, N.A.
      Current Owner:      LVNV Funding LLC
      Reference Number:   811040833

Dear Sirs/Madams,

     This letter is in response to the Consumer Financial Protection Bureau ("CFPB") inquiry received July 7, 2025 regarding the referenced account (the "Account"). LVNV Funding LLC ("the Current Owner") currently owns the Account, having acquired it on April 16, 2025. Resurgent Capital Services L.P. ("Resurgent") is the servicer of the Account.

     Resurgent and the Current Owner comply with all applicable regulatory and licensing requirements in each state where they operate. Specific information regarding licensing can be found on the appropriate regulator's website.

     At Resurgent, we take our customer service and consumer protection obligations very seriously and have dedicated significant resources to our compliance-related functions. I have personally reviewed Destiny Jenairo Countryman's inquiry and believe the following information will address their concerns.

     The Account originated on August 27, 2020 with Credit One Bank, N.A. The Account charged off on March 11, 2025 with a balance of $1,695.55. No payments have been received on the Account since it was acquired by the Current Owner. The current Account balance is $1,695.55. Bill statements and terms and conditions on file for the Account are enclosed for review.

     This Account was previously charged off. Charging off an account does not satisfy the debt, nor does it affect the customer's responsibility for the amount owed. If the account is sold after being charged off, the new owner has the right to collect the account.

     With its purchase of the Account, the Current Owner acquired all ownership rights, including the rights to collect on the Account and to report to the credit bureaus, if eligible. Currently, this Account is being reported to the credit bureaus on behalf of the Current Owner. In accordance with the Fair Credit Reporting Act, the Current Owner's tradeline for this Account is being reported as disputed to the credit bureaus. It will continue to report as such throughout the permissible reporting period unless new information indicates that the dispute should be removed.

     I have enclosed a copy of the letter Resurgent sent to Destiny Jenairo Countryman that provided them with the validation notice as required by the Fair Debt Collection Practices Act and that notified them that the Current Owner may report a negative item on their credit report.

We are providing the enclosed account summary as verification of debt in accordance with the Fair Debt Collection Practices Act, section 809(15 U.S.C.§ 1692(g)) and applicable state and local requirements.

Resurgent has satisfied its obligation to provide all relevant documentation requested by the consumer. Resurgent is not obligated to respond to the consumer's request for a copy of a purchase and sale agreement and declines to do so.

Resurgent's goal is to adhere to all state and federal laws and regulations concerning the collection of debts. Accordingly, we expect the same of the servicers collecting on our behalf. After investigating the Account, we found no evidence of the mishandlings alleged in the inquiry.

I hope my response has addressed all of Destiny Jenairo Countryman's concerns. If there are any further questions, comments, or concerns, they may contact Customer Service at 1-888-665-0374.

Respectfully,

Briauna
Complaints Specialist
Resurgent Capital Services L.P.

Enclosure(s)

PO Box 510090
Livonia MI 48151-6090





Pl.Q3GY01J00525

DESTINY COUNTRYMAN
4465 BISHOP ST
DETROIT, MI 48224-2384

| |
|---|
| Account Number: \*\*\*\*\*\*\*\*\*\*\*\*8329<br>Original Creditor: Credit One Bank, N.A.<br>Current Owner: LVNV Funding LLC<br>Reference ID: 811040833<br>Balance: $1,695.55<br>Account Holder Name: Destiny Countryman |

April 22, 2025

Welcome Destiny Countryman!

Your account has a new home with Resurgent Capital Services L.P..

We're reaching out today to provide an important update on your account's status. Your above-referenced account was sold on 04/16/2025 and the new owner is LVNV Funding LLC. Effective 04/18/2025, LVNV Funding LLC placed your account with Resurgent Capital Services L.P. for servicing.

Resurgent Capital Services L.P. is an industry leader with 20+ years of experience helping millions of customers like you resolve past-due obligations regardless of their current financial situation.

We know people need flexibility, so we're pleased to offer you multiple ways to communicate. No matter which way you choose, you can review account information and customize payment options.

- Our online portal is available 24/7 at Resurgent.com
- Our friendly and professional customer care team would be pleased to discuss your options at 1-866-559-6647

You can expect to hear from us over the coming weeks via email. Scan the QR code below for more information.



For further assistance, please contact one of our professional account managers toll free at 1-866-559-6647.

**continued on next page**

 |  |  | 

*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday

*General Disputes/Correspondence*
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602

*Contact Number*
Toll Free Phone
1-866-559-6647

*Customer Portal*
Resurgent.com

Sincerely,

Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices, including the enclosed validation notice, as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

Please note that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency by the current account owner if you fail to fulfill the terms of your credit obligations.  This notice in no way affects any rights you may have.

60596010-HLOWLM-IR

Exhibit C



An official website of the United States Government

Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

Start a new complaint

❮ All complaints (.)

# 250804-22881831

**CLOSED**

 **Submitted**

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 8/4/2025 | Debt collection | Attempts to collect debt not owed |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

Debt Validation Follow-Up & FDCPA Violation Notice -SECOND ATTEMPT To: LVNV Funding LLC Date: 8-4-2025 RE: Account allegedly owed to Capital One | Validation Request Follow-Up SECOND ATTEMPT To Whom It May Concern, On July 7, 2025, I submitted a formal request asking for full validation of a debt you claim I owe that originated with Capital One. I requested documentation that proves: That this debt is legally mine That LVNV Funding has the right to collect it A breakdown of how the amount you're reporting was calculated And a full chain of assignment from the original creditor to you. Instead, on July 20, 2025, I received what appears to be a generic billing statement, which does not satisfy the requirements of proper debt validation under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692g. CLARK v CAPITAL CREDIT & COLLECTION SERVICES INC 460 F.3d 1162 (9TH Cir 2009) A collector must do more than recite the amount owed, they must reasonably substantiate the debt especially if questioned. I'm writing again to inform you that: A billing statement is not enough, especially when additional account-level documentation was clearly

requested. You are still reporting this debt to the credit bureaus, which means you are actively attempting to collect without providing proper validation. This is a violation of federal law. You are now on notice for continued collection activity without validation, which violates the FDCPA and opens you up to legal liability. Under the FDCPA: I have the right to request proper validation of a debt. You are required to cease collection activities, including credit reporting, until you have provided it. Failure to comply may result in a formal complaint to the Consumer Financial Protection Bureau (CFPB), FTC, Michigan Attorney General, and/or federal court. At this point, I am requesting: That you immediately cease all collection activity related to this account, including reporting to credit bureaus; That you either provide full validation as originally requested or delete the account entirely from all consumer reporting agencies. Please treat this letter as a final attempt to resolve this matter directly before I explore my legal options. Sincerely, Destiny Countryman

**ATTACHMENTS**

Complaint Detail
lvnv.pdf (136 KB)

View full complaint 

## ✓ Sent to company

**STATUS**

Sent to
company on
8/4/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✓ Company responded

| STATUS | RESPONSE TYPE |
| --- | --- |
| Company responded on 8/15/2025 | Closed with non-monetary relief |

## Company's Response

Please see attached

**DESCRIPTION OF NON-MONETARY RELIEF**

Please see attached

**ATTACHMENTS**

COM - Resurgent Inquiry
Response_CFPB_123855.pdf
(2.2 MB)

 # Feedback requested

| STATUS | FEEDBACK DUE |
|---|---|
| Feedback requested on 8/15/2025 | 10/14/2025 |

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

Submit your feedback

## ⊗ Closed

The CFPB has closed your complaint.

---

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

EXHIBIT D

# resurgent

Compliance Hours of Operation
Monday-Thursday 8:00AM-5:00PM
Friday 8:00 AM-12:00PM

Compliance Address
55 Beattie Place, Suite 110 MS 250
Greenville, SC 29601

Contact Us
Toll Free Phone 1-888-665-0374
www.resurgent.com contact

August 15, 2025

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, D.C. 20552

RE:    Destiny Jenairo Countryman; CFPB Case #:  250804-22881831
        Account Number:     4447962563268329
        Original Creditor:     Credit One Bank, N.A.
        Current Owner:      LVNV Funding LLC
        Reference Number:   811040833

Dear Sirs/Madams,

This letter is in response to the Consumer Financial Protection Bureau ("CFPB") inquiry received August 4, 2025 regarding the referenced account (the "Account"). LVNV Funding LLC ("the Current Owner") currently owns the Account, having acquired it on April 16, 2025. Resurgent Capital Services L.P. ("Resurgent") is the servicer of the Account.

Resurgent has reviewed Destiny Jenairo Countryman's additional concerns. From our review, we believe most of their concerns were already addressed in our response to their previous inquiry received July 7, 2025. We are enclosing a copy of our previous response for review.

Based on information contained in the Account records, the tradeline for this Account should not be deleted; however, it is being reported as disputed to the credit bureaus. It will continue to report as such for the remaining reporting period unless new information indicates that the disputes should be removed.

Resurgent's goal is to adhere to all state and federal laws and regulations concerning the collection of debts. Accordingly, we expect the same of the servicers collecting on our behalf. After investigating the Account, we found no evidence of the mishandlings alleged in the inquiry.

Destiny Jenairo Countryman's August 4, 2025 inquiry contains a request for Resurgent to cease communication with them. We have therefore placed a restriction on the Account so that Resurgent initiates no further contact with the customer, except to respond to specific requests.

I hope my response has addressed all of Destiny Jenairo Countryman's concerns. If there are any further questions, comments, or concerns, they may contact Customer Service at 1-888-665-0374.

Respectfully,

Teisha
Complaints Specialist
Resurgent Capital Services L.P.

Enclosure(s)



*Compliance Hours of Operation*
Monday-Thursday 8:00AM-5:00PM
Friday 8:00 AM-12:00PM

*Compliance Address*
55 Beattie Place, Suite 110 MS 250
Greenville, SC 29601

*Contact Us*
Toll Free Phone 1-888-665-0374
www.resurgent.com/contact

July 18, 2025

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, D.C. 20552

RE:    Destiny Jenairo Countryman; CFPB Case #:   250707-22114577
        Account Number:       4447962563268329
        Original Creditor:      Credit One Bank, N.A.
        Current Owner:       LVNV Funding LLC
        Reference Number:    811040833

Dear Sirs/Madams,

This letter is in response to the Consumer Financial Protection Bureau ("CFPB") inquiry received July 7, 2025 regarding the referenced account (the "Account"). LVNV Funding LLC ("the Current Owner") currently owns the Account, having acquired it on April 16, 2025. Resurgent Capital Services L.P. ("Resurgent") is the servicer of the Account.

Resurgent and the Current Owner comply with all applicable regulatory and licensing requirements in each state where they operate. Specific information regarding licensing can be found on the appropriate regulator's website.

At Resurgent, we take our customer service and consumer protection obligations very seriously and have dedicated significant resources to our compliance-related functions. I have personally reviewed Destiny Jenairo Countryman's inquiry and believe the following information will address their concerns.

The Account originated on August 27, 2020 with Credit One Bank, N.A. The Account charged off on March 11, 2025 with a balance of $1,695.55. No payments have been received on the Account since it was acquired by the Current Owner. The current Account balance is $1,695.55. Bill statements and terms and conditions on file for the Account are enclosed for review.

This Account was previously charged off. Charging off an account does not satisfy the debt, nor does it affect the customer's responsibility for the amount owed. If the account is sold after being charged off, the new owner has the right to collect the account.

With its purchase of the Account, the Current Owner acquired all ownership rights, including the rights to collect on the Account and to report to the credit bureaus, if eligible. Currently, this Account is being reported to the credit bureaus on behalf of the Current Owner. In accordance with the Fair Credit Reporting Act, the Current Owner's tradeline for this Account is being reported as disputed to the credit bureaus. It will continue to report as such throughout the permissible reporting period unless new information indicates that the dispute should be removed.

I have enclosed a copy of the letter Resurgent sent to Destiny Jenairo Countryman that provided them with the validation notice as required by the Fair Debt Collection Practices Act and that notified them that the Current Owner may report a negative item on their credit report.

PO Box 510090
Livonia MI 48151-6090





P1-Q3GY01J00525

ılıllıllılılıllıllılıllıllılılılıllılılılıllılılıl
DESTINY COUNTRYMAN
4465 BISHOP ST
DETROIT, MI 48224-2384

> Account Number: ***********8329
> Original Creditor: Credit One Bank, N.A.
> Current Owner: LVNV Funding LLC
> Reference ID: 811040833
> Balance: $1,695.55
> Account Holder Name: Destiny Countryman

April 22, 2025

Welcome Destiny Countryman!

Your account has a new home with Resurgent Capital Services L.P..

We're reaching out today to provide an important update on your account's status. Your above-referenced account was sold on 04/16/2025 and the new owner is LVNV Funding LLC. Effective 04/18/2025, LVNV Funding LLC placed your account with Resurgent Capital Services L.P. for servicing.

Resurgent Capital Services L.P. is an industry leader with 20+ years of experience helping millions of customers like you resolve past-due obligations regardless of their current financial situation.

We know people need flexibility, so we're pleased to offer you multiple ways to communicate. No matter which way you choose, you can review account information and customize payment options.

- Our online portal is available 24/7 at Resurgent.com
- Our friendly and professional customer care team would be pleased to discuss your options at 1-866-559-6647

You can expect to hear from us over the coming weeks via email. Scan the QR code below for more information.



For further assistance, please contact one of our professional account managers toll free at 1-866-559-6647.

**continued on next page**









*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday

*General Disputes/Correspondence*
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602

*Contact Number*
Toll Free Phone
1-866-559-6647

*Customer Portal*
Resurgent.com

We are providing the enclosed account summary as verification of debt in accordance with the Fair Debt Collection Practices Act, section 809(15 U.S.C.§ 1692(g)) and applicable state and local requirements.

Resurgent has satisfied its obligation to provide all relevant documentation requested by the consumer. Resurgent is not obligated to respond to the consumer's request for a copy of a purchase and sale agreement and declines to do so.

Resurgent's goal is to adhere to all state and federal laws and regulations concerning the collection of debts. Accordingly, we expect the same of the servicers collecting on our behalf. After investigating the Account, we found no evidence of the mishandlings alleged in the inquiry.

I hope my response has addressed all of Destiny Jenairo Countryman's concerns. If there are any further questions, comments, or concerns, they may contact Customer Service at 1-888-665-0374.


Respectfully,

Briauna
Complaints Specialist
Resurgent Capital Services L.P.

Enclosure(s)

**PRIVACY NOTICE**

This Privacy Notice is being provided on behalf of each of the following related companies (collectively, the "Resurgent Companies"). It describes the general policy of the Resurgent Companies regarding the personal information of customers and former customers.

| | | |
|---|---|---|
| Ashley Funding Services LLC | Pinnacle Credit Services, LLC | Resurgent Secured Assets LLC |
| CACH, LLC | PYOD LLC | SFG REO, LLC |
| CACV of Colorado, LLC | Resurgent Acquisitions LLC | Sherman Acquisition L.L.C. |
| East Bay Holdings LLC | Resurgent Capital Services L.P. | Sherman Originator LLC |
| LVNV Funding LLC | Resurgent Funding LLC | Sherman Originator III LLC |
| | Resurgent Receivables LLC | |

**Information We May Collect.**  The Resurgent Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history; (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings. All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information.**  At the Resurgent Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform certain services in connection with your account.  We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

**Sharing Collected Information with Affiliates.** From time to time, the Resurgent Companies may share collected information about customers and former customers with each other in connection with administering and collecting accounts to the extent permitted under the Fair Debt Collection Practices Act or applicable state law.

**Sharing Collected Information with Third Parties.** The Resurgent Companies do not share collected information about customers or former customers with third parties, except as permitted in connection with administering and collecting accounts under the Fair Debt Collection Practices Act and applicable state law.

01232024_R-E_1.2

Sincerely,

Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices, including the enclosed validation notice, as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

Please note that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency by the current account owner if you fail to fulfill the terms of your credit obligations. This notice in no way affects any rights you may have.

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Destiny Countryman

## DEFENDANTS
LVNV Funding

(b) County of Residence of First Listed Plaintiff  Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | **PERSONAL INJURY** | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 880 Defend Trade Secrets Act of 2016 | [X] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Management Relations | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 740 Railway Labor Act | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 751 Family and Medical Leave Act | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | [ ] 791 Employee Retirement Income Security Act | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | **SOCIAL SECURITY** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 861 HIA (1395ff) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | [ ] 862 Black Lung (923) | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 863 DIWC/DIWW (405(g)) | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 864 SSID Title XVI | |
| | | [ ] 550 Civil Rights | [ ] 865 RSI (405(g)) | |
| | | [ ] 555 Prison Condition | **FEDERAL TAX SUITS** | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | |
| | | [ ] 462 Naturalization Application | | |
| | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1692

Brief description of cause:
Violation of the FDCPA

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*  JUDGE _____  DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

## FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                         ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously
            discontinued or dismissed companion cases in this or any other      ☐ Yes
            court, including state court? (Companion cases are matters in which   ☒ No
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes : _____